UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-CR-443-D

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. CHRISTOPHER KETCHUM,

        Defendant.

_____

**ORDER**
_____

        This Matter is before the Court on the Government's Motion to Destroy Firearm

[Docket # 46], filed on March 30, 2007.  This Court, having considered the motion and

being fully advised, does hereby

        ORDER that Government's Motion to Destroy Firearm is **GRANTED**.  In

accordance therewith, it is

        ORDERED that the following item may be destroyed:

1.      Heckler & Koch
        9mm caliber rifle
        Model 94 MP5
        Serial Number 43-16292

Dated:  April 3, 2007

                                BY THE COURT:


                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge