**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00443-WYD-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CHRISTOPHER KETCHUM,

      Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

      On March 5, 2007, the probation officer submitted a petition for early termination of probation in this case.  On March 13, 2007, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on March 13, 2007, and the United States has not objected to the proposed relief.  Accordingly, it is

      ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

      DATED at Denver, Colorado, this 6th day of April, 2007.

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    United States District Judge